Priority
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN WOODRUFF,  ) CASE NO. CV 06-2044-ABC (PJW)
             )
    Petitioner,  )
             ) ORDER ACCEPTING REPORT AND
    v.        ) ADOPTING FINDINGS, CONCLUSIONS,
             ) AND RECOMMENDATIONS OF UNITED
R.L. AYERS, WARDEN,  ) STATES MAGISTRATE JUDGE
             )
    Respondent.  )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:     March 3, 2008.

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\WOODRUFF\Order accep r&r.wpd