Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WOODRUFF,<br><br>    Petitioner,<br><br>    v.<br><br>R.L. AYERS, WARDEN,<br><br>    Respondent. | Case No. CV 06-2044-ABC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____March 3, 2008_____.


_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\WOODRUFF\Judgment.wpd